Case: 1:26-mj-00020
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 2/2/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On Thursday, January 29, 2026, officers of the D.C. Metropolitan Police Department's Seventh District Special Missions Unit, including your affiant, were on patrol alongside federal agents while operating unmarked vehicles equipped with emergency lights and sirens. All MPD members were in full uniform and federal agents were wearing tactical vests with their respective agency identifiers.

At approximately 11:17 p.m., a red Jeep Grand Cherokee Laredo bearing Maryland license of ▓▓▓▓▓ was observed travelling northbound in the 3000 block of Stanton Road, SE, Washington, D.C. The front license plate was improperly displayed; specifically, it appeared to be hanging by one screw and therefore was not horizontal with the vehicle as legally required by both D.C. (D.C. Code § 50-1501.04a(a)) and Maryland (MD Code Ann. Transportation § 13-411(c)(ii)) law. A photo of the plate is below:



A traffic stop was conducted on Suitland Parkway and Firth Sterling Avenue, SE, Washington, D.C., behind the Howard Metro station located at 1101 Howard Road, SE. Law enforcement approached the vehicle. The Jeep had four occupants—the driver, front passenger, and two rear passengers. The front passenger was later identified as Tristan Handell SMITH, a/k/a Tristan CHAPMAN-SMITH (DOB: ▓▓▓▓▓) (hereinafter, the Defendant).

During the stop, your affiant was standing at the Defendant's door. The Defendant and the driver were asked to exit the vehicle. They did so, and the front doors were closed. Once the driver and Defendant were outside the vehicle, the law enforcement agent standing at the driver's door observed an object in the passenger's side door and asked, "is that a pipe?" Your affiant confirmed

it was a pipe, saw that it appeared to be a meth pipe with apparent residue from use, and removed it from the door handle:



Upon opening the front passenger door again, officers observed a black digital scale on the front passenger's floorboard consistent with those used to measure drugs for sale. The scale had apparent drug residue on it consistent in appearance with methamphetamine.

The vehicle was subsequently searched. During the search, law enforcement searched a satchel/cross body bag that the Defendant had been holding before being asked to exit the vehicle (but which he left in the vehicle upon exiting). The Defendant had retrieved an ID from that bag earlier in the stop. That bag contained approximately 55 grams, including packaging, of a substance that later field-tested positive for methamphetamine. Law enforcement also unlocked the vehicle's glovebox using a key found on a lanyard that was on the front passenger seat and located two large zip-lock style bags containing a total of approximately 690 grams (with packaging) of a white clear crystal-like substance. A later field test of the contents of these two bags also yielded a positive color reaction for the presence of methamphetamine.[1] In total, approximately 745 grams (with packaging) of suspected methamphetamine was seized from the vehicle. This quantity is more consistent with the sale and distribution of illicit narcotics than possession for personal use.

Law enforcement also found a Maryland vehicle registration in the car in the name of the Defendant and another person.

---

[1] The field test used detects methamphetamine and MDMA/ecstasy (3,4-methylenedioxymethamphetamine) but does not differentiate between them. In your affiant's raining and experience, the drug appeared consistent with methamphetamine. The drugs will be tested by a lab.

During the stop, it was learned that one of the rear passengers had four active bench warrants from D.C. Superior Court. During her arrest, law enforcement located two yellow zip baggies containing approximately 0.3 grams of white powdery substance on her person. A portion of these drugs later field-tested positive for amphetamines.

Based on the foregoing facts, I submit that there is probable cause to believe that Tristan Handell SMITH, a/k/a Tristan CHAPMAN-SMITH, has violated 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) (Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine).



D.C. METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, the 2nd day of February, 2026.*

HONORABLE MOXILA UPADHYAYA
UNITED STATES MAGISTRATE JUDGE